UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ARON FELBERBAUM on behalf of himself and all other similarly situated consumers | Case No. 1:16-cv-00651-ENV-ST |
| Plaintiff, | STIPULATION OF DISMISSAL |
| -against- | |
| LTD FINANCIAL SERVICES, LP | |
| Defendant. | |

_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  Brooklyn, New York                                          Dated: New York, New York
            June 30, 2016                                                             June 30, 2016

_/s/ Maxim Maximov_____                         _/s/ Arthur Sanders_____
Maxim Maximov, Esq.                                                 Arthur Sanders, Esq.
Maxim Maximov, LLP                                                 Barron and Newburger, P.C.
Attorney for the Plaintiff                                             Attorney for the Defendant
1701 Avenue P                                                            30 South Main Street
Brooklyn, New York 11229                                         New City, New York 10956-3515
Office: (718) 395-3459                                                 Office: (845) 499-2990
Facsimile: (718) 408-9570                                           Fax: (845) 499-2992
E-mail: m@maximovlaw.com                                    E-mail: asanders@bn-lawyers.com