UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Aron Felberbaum,

                Plaintiff,

       - against -

LTD Financial Services, LP,

                Defendants.

------------------------------------------------------------X

FILED IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 26 2016 ★
BROOKLYN OFFICE

ORDER OF DISCONTINUANCE

1:16-cv-00651-ENV-ST

VITALIANO, D.J.

The Court having been advised that this action has been settled,

Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

The Clerk is directed to close this case.

        SO ORDERED.

DATED:      Brooklyn, New York
                 10/25/2016

                                                  /s/ USDJ ERIC N. VITALIANO
                                                  ERIC N. VITALIANO
                                                  U.S.D.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ARON FELBERBAUM on behalf of himself and all other similarly situated consumers<br><br>Plaintiff,<br><br>-against-<br><br>LTD FINANCIAL SERVICES, LP<br><br>Defendant. | Case No. 1:16-cv-00651-ENV-ST<br><br>**STIPULATION OF DISMISSAL** |

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated: Brooklyn, New York<br>June 30, 2016 | Dated: New York, New York<br>June 30, 2016 |
| /s/ Maxim Maximov<br>Maxim Maximov, Esq.<br>Maxim Maximov, LLP<br>Attorney for the Plaintiff<br>1701 Avenue P<br>Brooklyn, New York 11229<br>Office: (718) 395-3459<br>Facsimile: (718) 408-9570<br>E-mail: m@maximovlaw.com | /s/ Arthur Sanders<br>Arthur Sanders, Esq.<br>Barron and Newburger, P.C.<br>Attorney for the Defendant<br>30 South Main Street<br>New City, New York 10956-3515<br>Office: (845) 499-2990<br>Fax: (845) 499-2992<br>E-mail: asanders@bn-lawyers.com |